SCHOOL DISTRICT OF ABINGTON TOWNSHIP, PA., ET AL. v. SCHEMPP ET AL.

No. 297. Decided October 24, 1960.

*C. Brewster Rhoads, Percival R. Rieder* and *Philip H. Ward III* for appellants.

*Anne X. Alpern,* Attorney General of Pennsylvania, and *John D. Killian III,* Deputy Attorney General, for the Commonwealth of Pennsylvania, as *amicus curiae.*

PER CURIAM.

The judgment is vacated and the case is remanded to the District Court for such further proceedings as may be appropriate in light of Act No. 700 of the Laws of the General Assembly of the Commonwealth of Pennsylvania, passed at the Session of 1959 and approved by the Governor of the Commonwealth on December 17, 1959.